IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SANDY BAYOU DUCK CLUB**                                                     **PLAINTIFF**

v.                         Case No. 5:16-cv-00128 KGB

**CHARLES SLOAN, Project Leader, Dale
Bumpers White River National Wildlife Refuge;
RICHARD INGRAM, Refuge Supervisor,
Dale Bumpers White River National Wildlife
Refuge; CYNTHIA DOHNER, Regional Director,
Dale Bumpers White River National Wildlife
Refuge; DAN ASHE, Director of the United States
Fish and Wildlife Service; and RYAN ZINKE,
Secretary of the United States Department
of the Interior**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendants Charles Sloan, Project Leader of the Dale Bumpers White River National Wildlife Refuge; Richard Ingram, Refuge Supervisor; Cynthia Dohner, Regional Director of the Refuge; Dan Ashe, Director of the United States Fish and Wildlife Service; and Ryan Zinke, Secretary of the United States Department of the Interior, on all claims arising under the Administrative Procedures Act, codified at 5 U.S.C. §§ 701-706. The Court dismisses Sandy Bayou Duck Club's amended complaint to the extent it seeks a determination of its legal right to an easement or a determination of a taking. Plaintiff Sandy Bayou Duck Club's case is dismissed, and the relief sought is denied.

So adjudged this 29th day of September, 2017.

                                                                                 _____
                                                                                 Kristine G. Baker
                                                                                 United States District Judge